UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHIE SUKHDEO,

                          Plaintiff,

            -v.-

CITY OF NEW YORK, MANUEL J. ABREU,
PENNY WANG, and JOHN AND JANE
DOES 1-10,

                          Defendants.

20 Civ. 5172 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Court has been informed that the parties have reached a settlement

in this matter.  All deadlines and conferences are hereby adjourned.

Furthermore, the Court ORDERS that this action be conditionally discontinued

without prejudice and without costs; provided, however, that on or before

**September 13, 2021**, the parties may submit to the Court their own

Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise,

within such time Plaintiff may apply by letter for restoration of the action to the

active calendar of the Court in the event that the settlement is not

consummated.  Upon such application for reinstatement, the parties shall

continue to be subject to the Court's jurisdiction, the Court shall promptly

reinstate the action to its active docket, and the parties shall be directed to

appear before the Court, without the necessity of additional process, on a date

within ten (10) days of the application, to schedule remaining pretrial

proceedings and/or dispositive motions, as appropriate.  This Order shall be

deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar on or before **September 13, 2021**.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:      August 12, 2021
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge